In the Matter of JAVIER M., a Person Alleged to be a
Juvenile Delinquent, Appellant.—In a juvenile delinquency
proceeding pursuant to Family Court Act article 3, the appeal
is from an order of disposition of the Family Court, Queens
County (De Phillips, J.), dated March 16, 1989, which, upon a
fact-finding order of the Family Court, Ulster County (Peters,
J.), dated October 18, 1988, made upon the appellant's plea of
guilty, finding that the appellant had committed an act which,
if committed by an adult, would have constituted the crime of
burglary in the third degree, adjudged him to be a juvenile
delinquent and placed him with the New York State Division
for Youth, Title II, for a period not to exceed 18 months.

Ordered that the order of disposition is affirmed, without
costs or disbursements.

The appellant admitted that he had committed an act,
which if done by an adult, would constitute the crime of
burglary in the third degree. We find that the admission was
properly accepted (see, Family Ct Act §§ 320.3, 321.3 [1], [2]).
The appellant was fully advised by the Family Court, Ulster
County, of his rights and the consequences of his waiver
thereof, as well as the possible dispositional orders which
could result. The court questioned the appellant concerning

the alleged act and the appellant personally admitted to the charge *(cf., People v Gina M.M.,* 40 NY2d 595, 597; *Matter of Theodore F.,* 47 AD2d 945; *Matter of Daniel B.,* 82 AD2d 761). Mangano, J. P. Thompson, Kunzeman and Rubin, JJ., concur.